## 51932. GRAYBAR ELECTRIC COMPANY, INC. v. OPP et al.

MARSHALL, Judge.

Pursuant to the order of the Supreme Court without opinion (*Opp Electric Co. v. Graybar Electric Co.* (case No. 31326, November 8, 1976)), our opinion in *Graybar*

*Electric Co. v. Opp,* 138 Ga. App. 456 (226 SE2d 271) is amended by deleting therefrom the award of attorney fees against Opp Electric Company.

*So ordered. Quillian, P. J., and McMurray, J., concur.*

ARGUED MARCH 1, 1976 — DECIDED NOVEMBER 18, 1976.

*Green, Buckley, DeRieux & Jones, C. Richard McQueen, James R. Kelley,* for appellant.

*Gerstein, Carter & Chesnut, Michael J. King, J. David Chesnut,* for appellees.